Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton #202821
Senior Staff Attorney
P.O. Box 28950
Fresno, CA  93729-8950
Tel (559) 275-9512
Fax (559) 275-9518

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

IN RE:

Olusegun B. Leramo

      DEBTOR

CASE NO.  15-12789-B-13K
DC NO.:  MHM-2

CHAPTER 13 PROCEEDING

MOTION TO DISMISS
PURSUANT TO 11 U.S.C.  §1307

DATE:   December 14, 2015
TIME:   1:30 PM
PLACE:
     U.S. Courthouse
     510 19th Street, 2nd Floor
     Bakersfield, Ca 93301

JUDGE:  Hon. René Lastreto II

**TO THE DEBTOR AND HIS ATTORNEY**:

    **YOU AND EACH OF YOU** are hereby notified that Michael H. Meyer, Chapter 13 Standing Trustee, will move to **DISMISS** the above-referenced case pursuant to §1307 of the Bankruptcy Code at the time and place set forth above for the following reason(s):
1. Unreasonable delay by the Debtor that is prejudicial to creditors. [1307(c)(1)]
    a. Payments to the Trustee are not current under the debtor(s) proposed plan. [1307(c)(4) and/or (c) (6)]

    **WHEREFORE**, the Trustee requests the court dismiss this case.

DATED:  9-30-15

                /s/ MICHAEL H. MEYER
                MICHAEL H. MEYER Chapter 13 Trustee

1