Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton #202821
Senior Staff Attorney
P.O. Box 28950
Fresno, CA  93729-8950
Tel (559) 275-9512
Fax (559) 275-9518

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

IN RE:

Olusegun B. Leramo

       DEBTOR

CASE NO. 15-12789-B-13K
DC NO.:  MHM-2

CHAPTER 13 PROCEEDING

DECLARATION  IN SUPPORT OF
MOTION TO DISMISS PURSUANT
TO 11 U.S.C. § 1307

DATE:      December 14, 2015
TIME:      1:30 PM
PLACE      U.S. Courthouse
               510 19th Street, 2nd Floor
               Bakersfield, Ca 93301
JUDGE:   Hon. René Lastreto II

I, Elizabeth Clark, an employee of Michael H. Meyer, Chapter 13 Standing Trustee, declare as follows:

1.  If called as a witness in this matter, I would testify from personal knowledge to the following.

2.  I am familiar with this office's intake of documents and procedures for documenting case notes.

3.  This motion is sought on grounds of unreasonable delay.

4.  The debtor is **$18,822.00  behind** with payments into the Plan.  This does not include October 25, 2015 payment.  The monthly plan payment is **$9,411.00.**  This is an on-going mortgage case.  There are not enough funds on-hand to pay the on-going mortgage.

I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on September 30, 2015, at Fresno, California.

/s/ Elizabeth Clark
Elizabeth Clark

4