# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Olusegun B. Leramo | **Case No :** | 15–12789 – B – 13 |
| | | **Date :** | 11/05/2015 |
| | | **Time :** | 01:30 |

| | |
|---|---|
| **Matter :** | [29] – Motion/Application to Dismiss Case [MHM–1] Filed by Trustee Michael H. Meyer (kwis) |

| | | | |
|---|---|---|---|
| **Judge :** | Rene Lastreto II | **Courtroom Deputy :** | Jennifer Dauer |
| **Department :** | B | **Reporter :** | Wood and Randall |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

HEARING was :

The chapter 13 trustee's motion to dismiss was fully noticed in compliance with the Local Rules and there was no opposition. The record shows that the debtor and counsel have failed to appear at the initially scheduled and the continued 341 meeting of creditors and have failed to provide the trustee with the information required by law. Accordingly, the respondent's default was entered and the motion was granted without oral argument. The case was dismissed for cause shown.

The court will prepare and enter a civil minute order.