# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| Case Title : | Olusegun B. Leramo | Case No : | 15–12789 – B – 13 |
| --- | --- | --- | --- |
| | | Date : | 11/05/2015 |
| | | Time : | 01:30 |

| Matter : | [29] – Motion/Application to Dismiss Case [MHM–1] Filed by Trustee Michael H. Meyer (kwis) |
| --- | --- |

| Judge : | Rene Lastreto II | Courtroom Deputy : | Jennifer Dauer |
| --- | --- | --- | --- |
| Department : | B | Reporter : | Wood and Randall |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

For the reasons set forth in the court's civil minutes, docket number 44,

IT IS ORDERED that the respondent's default is entered and the motion is granted without oral argument.

IT IS FURTHER ORDERED that the case is dismissed for cause shown.

Dated: Nov 09, 2015

By the Court

*/s/ René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court